UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

AARON A. TREDENICK - XXX-XX-8290    Case No. 19-01964
ALICA TREDENICK - XXX-XX-4216       Chapter 12
8626 Townhall Road                  Hon. Scott W. Dales
Sheridan, MI 48884

                    Debtors.
_____/

**APPEARANCE AND REQUEST FOR NOTICE**

NOW COMES, SMITH, MARTIN, POWERS & KNIER, P.C., by Henry L. Knier, Jr., and hereby enters its Appearance and requests to be put on the matrix for Notice on behalf of Independent Bank, creditor, in the above-entitled action and requests notice of all matters as provided under Bankruptcy Rule 2002.

                              SMITH, MARTIN, POWERS & KNIER, P.C.

Dated:  July 16, 2019    By:  /s/ Henry L. Knier, Jr.
                              _____
                              Henry L. Knier, Jr. (P46393)
                              Attorney for Independent Bank
                              P.O. Box 219
                              Bay City, MI 48707
                              (989) 892-4574
                              Bankruptcy@smpklaw.com