UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

| | |
|---|---|
| AARON A. TREDENICK - XXX-XX-8290<br>ALICA TREDENICK - XXX-XX-4216<br>8626 Townhall Road<br>Sheridan, MI 48884 | Case No. 19-01964<br>Chapter 12<br>Hon. Scott W. Dales |

Debtors.
_____/

## MOTION TO ALLOW LATE CLAIM BY INDEPENDENT BANK

Now comes Independent Bank, by its counsel, SMITH, MARTIN, POWERS & KNIER, P.C., by Henry L. Knier, Jr., and states:

1. Debtors filed a voluntary Chapter 12 bankruptcy case on May 1, 2019.

2. Debtors failed to list Independent Bank as a creditor in their bankruptcy Schedules.

3. On July 9, 2019, Independent Bank requested the undersigned pursue collection of unpaid indebtedness owing by Debtors.

4. In that process, the undersigned counsel learned of the Debtors' bankruptcy filing.

5. The undersigned counsel prepared a Proof of Claim to be filed.

6. Upon preparing the Proof of Claim, the undersigned counsel realized that the Proof of Claim deadline was the day after he learned of the bankruptcy filing.

7. Independent Bank filed its Proof of Claim as claim #22.

8. Due to the fact that the creditor was not informed of the bankruptcy filing, its claim should be allowed, regardless of the fact that it was filed one week after the deadline.

WHEREFORE, Independent Bank requests this Court allow the late claim of Independent Bank and grant such other relief as is just.

SMITH, MARTIN, POWERS & KNIER, P.C.

Dated: 7/29/19    By: /s/ Henry L. K.
Henry L. Knier, Jr. (P46393)
Attorney for Independent Bank
P.O. Box 219
Bay City, MI 48707-0219
(989) 892-3924
Bankruptcy@smpklaw.com