UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:
TreDenick, Aaron & Alica

Case No.: 19-01964
Chapter 12
Filed: May 1, 2019
Hon. Scott W. Dales

Debtors.
_____/

**PROOF OF SERVICE**

Documents Served:

**#1. Hearing Notice to Creditors and Other Parties in Interest (DN 34):**

**Hearing** will be held at the U. S. Bankruptcy Court, One Division Ave., N., 2nd Floor, Courtroom A, Grand Rapids, MI 49503 on **September 5, 2019** at **9:30 AM** to consider and act upon the following matter:

**#2. DEBTORS' MOTION TO VOLUNTARILY DISMISS CHAPTER 12 BANKRUPTCY PROCEEDING (DN 32)**

Persons Served via US Mail, first class, postage pre-paid:

(X)    Mailing Matrix, excluding all duplicates parties, parties receiving notice by ECF and attorneys at Chase Bylenga Hulst, PLLC as shown on the revised matrix attached to this pleading, as Exhibit A

The undersigned certifies that a copy of the documents listed as served above were served upon the parties listed above by either depositing said in the U.S. Mail, postage prepaid or through ECF.

Date of Service: 8/1/2019

/s/ *Sarah Suchodolski*
Sarah Suchodolski, Legal Secretary
Chase Bylenga Hulst, PLLC
25 Division Avenue S., Suite 500
Grand Rapids, MI 49503
(616) 608-3061