Exhibit A

Label Matrix for local noticing
0646-1
Case 19-01964-swd
Western District of Michigan
Grand Rapids
Thu Aug  1 08:29:22 EDT 2019

8th Judicial Circuit Court
631 N. State Street
Case No. 18-S-24122-CH
Stanton MI 48888-9702

Ally Financial
Attn: Bankruptcy Dept
Po Box 380901
Bloomington MN 55438-0901

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

Anthony Lowell Tredenick
9319 Townhall Rd
Fenwick MI 48834-9758

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee WI 53201-2035

(p)BLUEGREEN CORPORATION
MORTGAGE DEPT ATTN BANKRUPTCY
4960 CONFERENCE WAY NORTH SUITE 100
BOCA RATON FL 33431-4413

Steven Mark Bylenga
Chase Bylenga Hulst, PLLC.
25 Division Ave. South
Suite 500
Grand Rapids, MI 49503-4233

Cap1/dbarn
Capital One Retail Srvs/Attn: Bankruptcy
Po Box 30258
Salt Lake City UT 84130-0258

Capcom Credit Union
641 44th St Se
Grand Rapids MI 49548-7525

Catherines/Comenity
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

Cbcs
Attn: Bankruptcy
Po Box 2334
Columbus OH 43216-2334

Comenity Bank/Buckle
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

Comenity Bank/Pier 1
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus OH 43218-2125

Comenity Capital Bank/HSN
Attn:  Bankruptcy Dept
Po Box 182125
Columbus OH 43218-2125

Deere & Company d/b/a John Deere Financ
John Deere Financial
PO Box 6600
Johnston, IA 50131-6600

Deere Credit, Inc. d/b/a John Deere Financia
John Deere Financial
PO Box 6600
Johnston, IA 50131-6600

Laura J. Genovich
1700 East Beltline, N.E.
Suite 200
Grand Rapids, MI 49525-7044

Gordon Schafer
6340 SE Old Torch Lake Dr.
Bellaire MI 49615-9240

Michael Patrick Hanrahan
Chase Bylenga Hulst, PLLC.
25 Division Ave. South
Suite 500
Grand Rapids, MI 49503-4233

Independent Bank
c/o Henry L. Knier, Jr.
P.O. Box 219
Bay City, MI 48707-0219

Internal Revenue Service
Centralized Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

John Deere Financial
6400 NW 86th Street
PO Box 6600
Johnston IA 50131-6600

John Deere Financial, f.s.b.
PO Box 6600
6400 NW 86th Street
Johnston, IA 50131-2945

John Deere Financial, f.s.b., dba John Deere
John Deere Financial
PO Box 6600
Johnston, IA 50131-6600

Joshua A. Blanchard
309 S. Lafayette St.
Suite 208
Greenville MI 48838-1991

Keller & Almassian, PLC
230 Fulton St. E
Grand Rapids MI 49503-3211

Henry L. Knier Jr.
Smith,Martin, Powers & Knier PC
900 Washington Ave
Bay City, MI 48708-5704

Kohls/Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City UT 84130-0285

Lake Mich Cu
Attn: Bankruptcy
Po Box 2848
Grand Rapids MI 49501-2848

MI DEPT OF TREASURY
COLLECTION DIVISION/BANKRUPTCY
PO BOX 30168
LANSING, MI 48909-7668

Matthew L. Classens
Bishop & Heintz, P.C.
440 W. Front @ Oak, P O Box 707
Traverse City, MI 49685-0707

Daniel M. McDermott
Office of the US Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2865

Michigan 1 Community CU
510 S Dexter
Ionia MI 48846-2046

Michigan Dept. of Treasury
Tax Collection Enforcement
Bankruptcy Section
Treasury Building
Lansing, MI 48922-0001

Michigan One Community Credit Union
510 S Dexter st
Ionia, MI 48846-2046

(p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE
ATTN BANKRUPTCY UNIT
3024 W GRAND BLVD
SUITE 12-100
DETROIT MI 48202-6024

Michigan Valley Irrigation Co.
4802 W. Caro Road
Vassar MI 48768-9775

PHI Financial Services
PO Box 733260
Dallas TX 75373-3260

Prime Adjusting Service
c/o James J Kelly (P72111)
Jim Kelly Law, PC
30300 Northwestern Hwy, Ste 324
Farmington Hills, MI 48334-3255

Receivables Management Partners (RMP)
Attn: Bankruptcy
Po Box 13129
Lansing MI 48901-3129

SECURITIES & EXCHANGE COMM
BANKRUPTCY SECTION
175 W. JACKSON BLVD.
SUITE 900
CHICAGO, IL 60604-2815

Sheffield Financial
Bankruptcy Section 100-50-01-51
PO Box 1847
Wilson, NC  27894-1847

Sidney St Bk
3016 W Sidney Rd
Sidney MI 48885-9776

Sidney State Bank
c/o Robert F. Wardrop II
Wardrop & Wardrop PC
300 Ottawa Ave NW Ste 150
Grand Rapids, MI 49503-2308

Sidney State Bank
3016 W. Sidney Road
Sidney, MI 48885-9776

Gregory G. St. Arnauld
Lewis, Reed & Allen, P.C.
136 E. Michigan Avenue, Suite 800
Kalamazoo, MI 49007-3975

Stearns Bank
500 13th Street
PO Box 750
Albany MN 56307-0750

Stearns Bank National Association
Hannah GIlbert
Stearns Bank National Association
4140 Thielman Lane
St. Cloud, MN 56301-3968

Stearns Bank National Association
Hannah Gilbert
4191 2nd Street South
Saint Cloud, MN 56301-3761

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 956060
Orlando FL 32896-0001

Aaron A TreDenick
8626 Townhall Rd
Sheridan, MI 48884-9720

Alica Tredenick
8626 Townhall Rd
Sheridan, MI 48884-9720

Trent C. Hilding (P68189)
4070 N Crystal Road
Vestaburg, MI 48891-8707

Trent C. Hilding, PLC
4070 N. Crystal Road
Vestaburg MI 48891-8707

UNITED STATES TRUSTEE
THE LEDYARD BUILDING, 2ND FLOOR
125 OTTAWA NW, SUITE 200R
GRAND RAPIDS, MI 49503-2837

Robert F. Wardrop II
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, N.W., Ste 150
Grand Rapids, MI 49503-2308

Wells Fargo Bank
PO Box 10306
Des Moines IA 50306-0306

Wells Fargo Financial Leasing
800 Walnut St., MAC N0005-044
Des Moines IA 50309-3891

Wells Fargo Financial Leasing,
800 Walnut Street MAC F0005-055
Des Moines, IA 50309-3891

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BB&T
Attn: Bankruptcy
Po Box 1847
Wilson NC 27894

Bluegreen Corp
Attn: Bankruptcy
4960 Conference Way N Ste 100
Boca Raton FL 33431

Michigan Unemployment Insurance Agency
3024 West Grand Blvd.
Tax Office, Suite 12-300
Detroit, MI 48202


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Independent Bank

(d)United States Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW Suite 200R
Grand Rapids, MI 49503-2837

End of Label Matrix
Mailable recipients    61
Bypassed recipients     2
Total                  63